## C. WALTER BAKER, Executor, *v.* EARL A. FORSYTHE, Executor

[No. 39, October Term, 1940.]

*Decided December 17th, 1490.*

The cause was argued before BOND, C. J., PARKE, SLOAN, MITCHELL, JOHNSON, and DELAPLAINE, JJ.

*C. Walter Baker*, for the appellant.

*Harold H. Hoffman*, with whom was *Earl A. Forsythe* on the brief, for the appellee.

BOND, C. J., delivered the opinion of the Court.